**No. 10-9701. Manuel Sandoval, Jr., Petitioner v. Toledo Correctional Institution, et al.**

563 U.S. 980, 131 S. Ct. 2887, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3371.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 409 Fed. Appx. 847.

**No. 10-9704. Leon Lewis, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

563 U.S. 980, 131 S. Ct. 2887, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3396.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9713. Mark Allen Stephens, Petitioner v. Michael Thurmer, Warden.**

563 U.S. 980, 131 S. Ct. 2887, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3488.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-9728. Reginald P. Burgess, Petitioner v. Hartford Life Insurance Company.**

563 U.S. 980, 131 S. Ct. 2887, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3482.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-9756. Tyler N. Mills, Petitioner v. Wisconsin.**

563 U.S. 981, 131 S. Ct. 2888, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3377.

May 2, 2011. Petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, denied.

Same case below, 329 Wis. 2d 710, 790 N.W.2d 542.

**No. 10-9773. Martha Bell, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2888, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3501.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-9790. Steven Paul Peters, Petitioner v. United States.**

563 U.S. 981, 131 S. Ct. 2888, 179 L. Ed. 2d 1199, 2011 U.S. LEXIS 3424.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 402 Fed. Appx. 217.